**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID SANTANIELLO, ROSANNE D. SANTANIELLO, and LUIS MENESES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNISON AGREEMENT CORPORATION, REAL ESTATE EQUITY EXCHANGE, INC., UNISON INVESTMENT MANAGEMENT, LLC, and UNISON MIDGARD HOLDINGS LLC,<br><br>Defendants. | Case No. 2:26-cv-07117-EP-JSA |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT UNISON AGREEMENT CORP.**

Pursuant to Federal Rule of Civil Procedure ("FRCP") 7.1, Defendant Unison Agreement Corp. hereby notifies the Court of the following:

1. Unison Agreement Corp. is a wholly owned subsidiary of Real Estate Equity Exchange, Inc.

2. No publicly held corporation owns more than 10% of Unison Agreement Corp.'s stock.

Dated: July 7, 2026
Newark, New Jersey

*/s/ Eric T. Kanefsky*
Eric T. Kanefsky, Esq.