**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

DAVID SANTANIELLO, ROSANNE D. SANTANIELLO, and LUIS MENESES, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UNISON AGREEMENT CORPORATION, REAL ESTATE EQUITY EXCHANGE, INC., UNISON INVESTMENT MANAGEMENT, LLC, and UNISON MIDGARD HOLDINGS LLC,

Defendants.

Case No. 2:26-cv-07117-EP-JSA

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT UNISON MIDGARD HOLDINGS LLC**

Pursuant to Federal Rule of Civil Procedure ("FRCP") 7.1, Defendant Unison Midgard Holdings LLC hereby notifies the Court of the following:

1. Unison Midgard Holdings LLC is a wholly owned subsidiary of Unison Midgard REIT LLC.

2. No publicly held corporation owns more than 10% of Unison Midgard Holdings LLC's membership interests.

Dated: July 7, 2026
Newark, New Jersey

*/s/ Eric T. Kanefsky*
Eric T. Kanefsky, Esq.