**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID SANTANIELLO, ROSEANNE D. SANTANIELLO, and LUIS MENESES, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br>v.<br><br>UNISON AGREEMENT CORPORATION, REAL ESTATE EQUITY EXCHANGE, INC., UNISON INVESTMENT MANAGEMENT, LLC, and UNISON MIDGARD HOLDINGS LLC,<br><br>Defendants. | **No. 26-cv-7117-EP-JSA** |

**JOINT REPORT OF NOVEMBER 2, 2026**

Pursuant to this Court's Order of August 13, 2026, the Parties jointly submit the following report.

1. As the Court is aware, Defendants filed their motion before the JPML seeking consolidation of this action with related federal actions (the "MDL Motion," *see* Notice of Filing of Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407, ECF No. 24). That motion remains pending.

2. The JPML calendared the MDL Motion for hearing on December 3, 2026, in New Orleans, LA. *See In re Unison "HomeOwner Agreement" Equity Option Contract, Marketing, and Sales Practices Litig.*, MDL No. 3201, ECF No. 27.

3. This action remains stayed. Plaintiffs have filed an Unopposed Motion for Leave to File Amended Complaint (ECF 28) seeking to add a new plaintiff, and a Motion to Lift the Stay (ECF 27) which Defendants oppose. Both motions are fully briefed and noticed for the motion day of November 2, 2026.

Date: November 2, 2026

Respectfully submitted,

*/s/ Eric T. Kanefsky*
Eric T. Kanefsky, Esq.
Kevin J. Musiakiewicz, Esq.
Martin B. Gandelman, Esq.
**CALCAGNI & KANEFSKY LLP**
One Newark Center
1085 Raymond Blvd., 18th Floor
Newark, New Jersey 07102
(862) 397-1796
eric@ck-litigation.com
kevin@ck-litigation.com
mgandelman@ck-litigation.com

*/s/ David A. Nagdeman*
David A. Nagdeman
(NJ Atty. Id. 529022025)
Kevin D. Walsh
(NJ Atty. Id. 30511999)
**LANGER, GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660

Jody T. López-Jacobs
(NJ Atty. Id. 164492015)
Andrew M. Milz
(NJ Atty. Id. 000932008)
**FLITTER MILZ, P.C.**
450 N. Narberth Ave., Suite 101
Narberth, PA 19072
Tel: (888) 668-1225

*Attorneys for Plaintiffs and the Class*